# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEYER III, STEPHEN JOHN | § | Case No. 13-21633 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m., on April 30, 2014
in Courtroom 744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                          Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEYER III, STEPHEN JOHN | § | Case No. 13-21633 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                    $            5,357.14

and approved disbursements of                          $                0.00

leaving a balance on hand of[1]                        $            5,357.14

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $        1,285.71 | $            0.00 | $        1,285.71 |

Total to be paid for chapter 7 administrative expenses        $            1,285.71

Remaining Balance                                            $            4,071.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,144.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,654.09 | $ 0.00 | $ 2,498.00 |
| 000002 | Asset Acceptance LLC | $ 10,490.05 | $ 0.00 | $ 1,573.43 |

Total to be paid to timely general unsecured creditors     $ 4,071.43

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
                                  Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-21633-ERW
Stephen John Meyer, III                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster        Page 1 of 2        Date Rcvd: Apr 04, 2014
                             Form ID: pdf006         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2014.
db          +Stephen John Meyer, III,   301 7th Street,   APT# 3B,   Wheeling, IL 60090-2840
20519595    +ACB Recovery,   Bankruptcy Department,   PO Box 177,   Cincinnati, OH 45201-0177
20519581    +Blitt and Gaines, PC,   2012 M1 107670,   661 Glenn Ave.,   Wheeling, IL 60090-6017
20519584    +CITI,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
20519580    +Clerk, First Mun Div,   Doc #2012 M1 107670,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
20519583    +Convergent Outsourcing,   Bankruptcy Department,   PO Box 9006,   Renton, WA 98057-9006
20519571    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
20519572    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
20519570    +Illinois Collection SE,   Attn: Bankruptcy Dept.,   8231 185Th St Ste 100,
             Tinley Park, IL 60487-9356
20519576    +Monarch Recovery Management,   Bankruptcy Department,   PO Box 21089,
             Philadelphia, PA 19114-0589
20519590    +NorthShore Univ Health System,   Bankruptcy Dept,   23056 Network Place,   Chicago, IL 60673-1230
20519585    +Northshore University Health,   Attn: Bankruptcy Dept.,   23056 Network Place,
             Chicago, IL 60673-1230
20519587    +Pinnacle Management Services,   Bankruptcy Department,   514 Market Loop, Ste. 103,
             West Dundee, IL 60118-2181
20519594     Shell/Citibank,   Bankruptcy Department,   PO Box 6003,   Hagerstown, MD 21747
20519573    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
20519575    +United Collection Bureau, Inc.,   Bankruptcy Department,   PO Box 140310,   Toledo, OH 43614-0310
20519586    +Van Ru Credit Corp.,   Bankruptcy Department,   1350 E. Touhy Ave., Ste. 300E,
             Des Plaines, IL 60018-3342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20519584    +E-mail/PDF: recoverybankruptcy@afninet.com Apr 05 2014 00:08:06   AFNI,   Bankruptcy Department,
             PO Box 3517,   Bloomington, IL 61702-3517
20519582    +E-mail/Text: g20956@att.com Apr 05 2014 00:07:25   AT&T Mobility,   Bankruptcy Department,
             PO Box 6428,   Carol Stream, IL 60197-6428
21350389    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 05 2014 00:06:32   Asset Acceptance LLC,
             assignee ASSOCIATES/CITIBANK,   PO Box 2036,   Warren, MI 48090-2036
20519578    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 05 2014 00:06:32   Asset Acceptance LLC,
             Bankruptcy Department,   PO Box 2036,   Warren, MI 48090-2036
21251246     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2014 00:16:06   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20519579    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2014 00:16:06   Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
                                                                                    TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20519577*   +CITI,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
20519592*   +NorthShore Univ Health System,   Bankruptcy Dept,   23056 Network Place,   Chicago, IL 60673-1230
20519588*   +Northshore University Health,   Attn: Bankruptcy Dept.,   23056 Network Place,
             Chicago, IL 60673-1230
20519589*   +Pinnacle Management Services,   Bankruptcy Department,   514 Market Loop, Ste. 103,
             West Dundee, IL 60118-2181
20519591*   +Pinnacle Management Services,   Bankruptcy Department,   514 Market Loop, Ste. 103,
             West Dundee, IL 60118-2181
20519593*   +Pinnacle Management Services,   Bankruptcy Department,   514 Market Loop, Ste. 103,
             West Dundee, IL 60118-2181
                                                                          TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2014                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2014 at the address(es) listed below:
          Joseph A Baldi, Tr   jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert  Brynjelsen    on behalf of Debtor Stephen John Meyer, III ndil@geracilaw.com
                                                                                 TOTAL: 3