# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MEYER III, STEPHEN JOHN                   §      Case No. 13-21633
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Joseph A. Baldi _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT&T Mobility Bankruptcy Department PO Box 6428 Carol Stream IL 60197 | | | | | |
| 10 | Northshore University Health Attn: Bankruptcy Dept. 23056 Network Place Chicago IL 60673 | | | | | |
| 11 | Northshore University Health Attn: Bankruptcy Dept. 23056 Network Place Chicago IL 60673 | | | | | |
| 12 | Shell/Citibank Bankruptcy Department PO Box 6003 Hagerstown MD 21747 | | | | | |
| 13 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 2 | CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| 3 | CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 7 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| | 8 NorthShore Univ Health System Bankruptcy Dept 23056 Network Place Chicago IL 60673 | | | | | |
| | 9 NorthShore Univ Health System Bankruptcy Dept 23056 Network Place Chicago IL 60673 | | | | | |
| | ACB Recovery Bankruptcy Department PO Box 177 Cincinnati OH 45201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI Bankruptcy Department PO Box 3517 Bloomington IL 61702 | | | | | |
| | Asset Acceptance LLC Bankruptcy Department PO Box 2036 Warren MI 48090 | | | | | |
| | Blitt and Gaines, PC 2012 M1 107670 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | Clerk, First Mun Div Doc #2012 M1 107670 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Convergent Outsourcing Bankruptcy Department PO Box 9006 Renton WA 98057 | | | | | |
| | Monarch Recovery Management Bankruptcy Department PO Box 21089 Philadelphia PA 19114 | | | | | |
| | Pinnacle Management Services Bankruptcy Department 514 Market Loop, Ste. 103 West Dundee IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacle Management Services Bankruptcy Department 514 Market Loop, Ste. 103 West Dundee IL 60118 | | | | | |
| | Pinnacle Management Services Bankruptcy Department 514 Market Loop, Ste. 103 West Dundee IL 60118 | | | | | |
| | Pinnacle Management Services Bankruptcy Department 514 Market Loop, Ste. 103 West Dundee IL 60118 | | | | | |
| | United Collection Bureau, Inc. Bankruptcy Department PO Box 140310 Toledo OH 43614 | | | | | |
| | Van Ru Credit Corp. Bankruptcy Department 1350 E. Touhy Ave., Ste. 300E Des Plaines IL 60018 | | | | | |
| 000002 | ASSET ACCEPTANCE LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 13-21633    ERW    Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MEYER III, STEPHEN JOHN | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | | 341(a) Meeting Date: | 07/12/13 |
| For Period Ending: | 06/20/14 | | Claims Bar Date: | 02/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Household goods; TV, DVD player, TV stand, stereo, | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 5. Watch | 50.00 | 0.00 | | 0.00 | FA |
| 6. Cash Value Life Insurance - Northwestern Mutual Li | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 8. EEOC Discrimination Claim v. All-State Insurance     EEOC class action discrimination claim against All-State Insurance | Unknown | 8,000.00 | | 5,357.14 | FA |
| 9. 2008 Ford Fusion w/over 71,500 miles | 6,500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $8,900.00 | $8,000.00 | | $5,357.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1 - MEYER III
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-21633   ERW   Judge: Eugene R. Wedoff | |
| Case Name: | MEYER III, STEPHEN JOHN | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 05/24/13 (f) |
| 341(a) Meeting Date: | 07/12/13 |
| Claims Bar Date: | 02/19/14 |

Trustee examined Debtor at 341 Meeting and discovered Debtor was involved in a class action lawsuit against former employer. Trustee investigated the lawsuit and determined debtor's claim was valid. Trustee recovered $5300 from the settlement of the lawsuit. Trustee prepared TFR; final hearing held 4/30/14; Trustee made final distribution; awaiting zero balance bank statement; upon receipt; Trustee will submit TDR

Initial Projected Date of Final Report (TFR): 06/01/14        Current Projected Date of Final Report (TFR): 06/01/14


/s/    Joseph A. Baldi

_____    Date: 06/20/14

JOSEPH A. BALDI

Page:   1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-21633 -ERW |
| Case Name: | MEYER III, STEPHEN JOHN |
| | |
| Taxpayer ID No: | *******8621 |
| For Period Ending: | 06/20/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6925  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/14 | 8 | US BANK - CASHIER'S CHECK REMITTER: STEPHEN J MEYER LOCATION: #2274 WHEELING, IL | EEOC CLAIM: DEBTOR V. ALLSTATE INS. | 1149-000 | 5,357.14 | | 5,357.14 |
| 04/30/14 | 001001 | JOSEPH A. BALDI, Trustee 20 N Clark Street, Ste. 200 Chicago, Illinois  60602 | TRUSTEE FEE | 2100-000 | | 1,285.71 | 4,071.43 |
| 04/30/14 | 001002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 14.99932% | 7100-000 | | 2,498.00 | 1,573.43 |
| 04/30/14 | 001003 | Asset Acceptance LLC assignee ASSOCIATES/CITIBANK PO Box 2036 Warren, MI 48090 | Claim 000002, Payment 14.99926% (2-1) modified address 12/20/2013-ps | 7100-000 | | 1,573.43 | 0.00 |

Page Subtotals          5,357.14          5,357.14

Ver: 18.00a

Page:   2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-21633  -ERW |
| Case Name: | MEYER III, STEPHEN JOHN |
| | |
| Taxpayer ID No: | *******8621 |
| For Period Ending: | 06/20/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6925  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,357.14 | 5,357.14 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,357.14 | 5,357.14 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,357.14 | 5,357.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6925 | 5,357.14 | 5,357.14 | 0.00 |
| | --------------------- | --------------------- | ----------------------- |
| | 5,357.14 | 5,357.14 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                 0.00                 0.00

Ver: 18.00a

LFORM24